UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| MARIE DAVIS,<br><br>          Plaintiff,<br><br>v.<br><br>7 ELEVEN,<br><br>          Defendant. | REPORT AND RECOMMENDATION TO DENY MOTION TO PROCEED *IN FORMA PAUPERIS* (DOC. NO. 1)<br><br>Case No. 2:21-cv-00389-TS-DAO<br><br>Judge Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

      Before the court is Plaintiff Marie Davis' Motion to Proceed *In Forma Pauperis*, (Doc. No. 1). Ms. Davis used an old version of the court's form for motions to proceed *in forma pauperis*, which lacks some of the information required in the current form, such as money received by Ms. Davis' spouse.[1] For this reason, the court issued an order to supplement the motion, noting Ms. Davis' motion is deficient. (Doc. No. 4.) The court instructed Ms. Davis to resubmit her motion using the court's updated form by July 21, 2021, and warned that if she failed to do so, her motion would be denied. (*Id.*) The court also instructed the clerk to send Ms. Davis a copy of the correct form.

      Ms. Davis did not supplement her motion within the deadline to do so, or anytime thereafter. Because Ms. Davis did not correct the deficiency, she has failed to show a financial inability to pay the required filing fee.

      Accordingly, the undersigned RECOMMENDS the district judge DENY the motion, (Doc. No. 1). The undersigned further RECOMMENDS Ms. Davis be given thirty (30) days in which to pay the filing fee. The court will send copies of this Report and Recommendation to

---

[1] Ms. Davis also did not fully complete the form she filed. (*See* Doc. No. 1 §§ 3, 5.)

Ms. Davis, who the court notifies of her right to object to it.  *See* 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b).  Ms. Davis must file any objection to this Report and Recommendation within fourteen (14) days of service thereof.  *Id.*  Failure to object may constitute waiver of objections upon subsequent review.

DATED this 20th day of September, 2021.

BY THE COURT:

*Daphne A. Oberg*
Daphne A. Oberg
United States Magistrate Judge