IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARIE DAVIS,<br><br>  Plaintiff,<br><br>v.<br><br>7 ELEVEN,<br><br>  Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:21-CV-389 TS-DAO<br><br>District Judge Ted Stewart |

On June 23, 2021, Plaintiff filed a Motion for Leave to Proceed *In Forma Pauperis*.  This case was subsequently referred to the Magistrate Judge under 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge ordered Plaintiff to supplement her motion.  Plaintiff did not supplement her motion as directed and the latest filings mailed to her have been returned as undeliverable.

The Magistrate Judge issued a Report and Recommendation on September 20, 2021.  The Magistrate Judge recommends that the Court deny Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*.  The Magistrate Judge further recommends that Plaintiff be given thirty (30) days to pay the filing fee.  This matter is before the Court for consideration of that Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b)(1), a party has 14 days from being served with a copy of the Report and Recommendation to file an objection.  Plaintiff has not done so.  The Court has carefully considered Report and Recommendation and agrees with it.  It is therefore

ORDERED that the Magistrate Judge's Report and Recommendation (Docket No. 6) is ADOPTED IN FULL.  It is further

ORDERED that Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Docket No.

1) is DENIED.  It is further

ORDERED that Plaintiff pay her filing fee within thirty (30) days of this Order.  Failure

to do so may result in dismissal without further notice.

DATED this 12th day of October, 2021.

BY THE COURT:

_____

Ted Stewart
United States District Judge

2